# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| Per  Reporting  (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brimmer, Terrence L. | Tenth Circuit | / / |

| Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge Nominee | X  Nomination, Date ___/ /___  Initial ___ Annual ___ Final ___ | 01/01/2000 to 08/28/2001 |

| . Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| c/o U.S. Court of Appeals  2120 Capitol Ave., Room 2018  Cheyenne, WY 82001 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | President | Visionary Communications, Inc. |
| 2 | Manager | Highland Signals, LLC |
| 3 | President | Campbell County Health Care Foundation |

## I. AGREEMENTS  (Reporting individual only; see pp. 14-15 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 08/22/00 | State of Wyoming Judicial Retirement |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 1999 | State of Wyoming | 76,200.00 |
| 2 | 2000 | State of Wyoming | 48,731.00 |
| 3 | 2000 | Visionary Communications, Inc. | 22,572.00 |
| 4 | 2001 | Visionary Communications, Inc. | 22,307.65 |

## . REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*cludes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| | EXEMPT | |

## /. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | EXEMPT | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | Chase Manhattan Mortgage Corporation | Mortgage on Park City, Utah Rental Property | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# NANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| O'Brien, Terrence L. | / / |

## I. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. D ion of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Rental Property, Park City, UT 1/29/1999 - $195,000.00 | E | Rent | M | R | | | | | |
| 2  Promissory Note from Exwife | A | Interest | J | T | | | | | |
| 3  IRA#1 Nationwide Templeton Foreign Fund | A | Distribution | K | T | | | | | |
| 4  IRA#1 Dreyfus new Leaders Fund | A | Distribution | K | T | | | | | |
| 5  IRA #1 Nationwide American Century Ultra | A | Distribution | K | T | | | | | |
| 6  IRA #1 Dreyfus Money Market Reserves | A | Distribution | J | T | | | | | |
| IRA#2 AMZN | A | Dividend | J | T | | | | | |
| 8  IRA#2 IMN | A | Dividend | J | T | | | | | |
| 9  IRA #2 MCRL | A | Dividend | J | T | | | | | |
| 10  IRA#2 MSFT | A | Dividend | J | T | | | | | |
| 11  IRA #2 MMM | A | Dividend | J | T | | | | | |
| 12  IRA #2 NSM | A | Dividend | J | T | | | | | |
| 13  IRA #2 SLR | A | Dividend | J | T | | | | | |
| 14  IRA #2 TX | A | Dividend | J | T | | | | | |
| 15  IRA#2 TYC | A | Dividend | J | T | | | | | |
| 16  Building Lot in Gillette, WY $34,500.00 Oct 5, 1994 | A | None | K | R | | | | | |
| 17  A | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
  (Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
  (Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
  (Col. C2)    U=Book Value    V=Other    W=Estimated

## II. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 AMX | A | Dividend | J | T | | | | | |
| 19 BGEN | A | Dividend | J | T | | | | | |
| 20 BMY | A | Dividend | J | T | | | | | |
| 21 CSCO | A | Dividend | J | T | | | | | |
| 22 CAG | A | Dividend | J | T | | | | | |
| 23 DPH | A | Dividend | J | T | | | | | |
| FDX | A | Dividend | J | T | | | | | |
| 25 GE | A | Dividend | J | T | | | | | |
| 26 GM | A | Dividend | J | T | | | | | |
| 27 G | A | Dividend | J | T | | | | | |
| 28 GT | A | Dividend | J | T | | | | | |
| 29 HWP | A | Dividend | J | T | | | | | |
| 30 INTC | A | Dividend | K | T | | | | | |
| 31 MSFT | A | Dividend | K | T | | | | | |
| 32 MIPSB | A | Dividend | J | T | | | | | |
| 33 RTNA | A | Dividend | J | T | | | | | |
| 34 TMX | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brian, Terrence L. | / / |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. ion of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 GMS | A | Dividend | J | T | | | | | |
| 36 NJSAX | A | Dividend | J | T | | | | | |
| 37 WWIFX | A | Dividend | J | T | | | | | |
| 38 CNFUZ | A | Interest | J | T | | | | | |
| 39 FRSCX | A | Dividend | J | T | | | | | |
| 40 Morgan Stanley Growth Fund B | D | Distribution | K | T | | | | | |
| Morgan Stanley Information Fund B | C | Dividend | J | T | | | | | |
| 42 Morgan Stanley Mid-Cap Equity Trust | A | Distribution | J | T | | | | | |
| 43 Morgan Stanley Pacific Growth Fund B | A | Distribution | J | T | | | | | |
| 44 A (Fidelity) | A | Dividend | J | T | | | | | |
| 45 SRRB | A | Dividend | J | T | | | | | |
| 46 BKH | A | Dividend | K | T | | | | | |
| 47 HDI | A | Dividend | K | T | | | | | |
| 48 HRK | A | Dividend | J | T | | | | | |
| 49 MSFT (Fidelity) | A | Dividend | J | T | | | | | |
| 50 MOT | A | Dividend | J | T | | | | | |
| 51 SFI | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | / / |

## II. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  TXN | A | Dividend | J | T | | | | | |
| 53  YUM | A | Dividend | J | T | | | | | |
| 54  WFC | A | Dividend | J | T | | | | | |
| 55  FCNTX | A | Dividend | J | T | | | | | |
| 56  FHIGX | A | Dividend | L | T | | | | | |
| 57  FMAGX | A | Dividend | M | T | | | | | |
| FTEXX | A | Interest | K | | | | | | |
| 59  Denver Airport Rev Bonds | A | Interest | J | T | | | | | |
| 60  Indiana State Def Fin auth Wtr Fac Am Water Project Bonds | A | Interest | J | T | | | | | |
| 61  PTXAH | A | Interest | J | T | | | | | |
| 62  VKMXH | A | Interest | J | T | | | | | |
| 63  E D Jones Cash & Money Mkt | A | Interest | J | T | | | | | |
| 64  PFL Annuity #1 | A | Interest | J | T | | | | | |
| 65  PFL Annuity #2 | A | Interest | K | T | | | | | |
| 66  PFL Annuity #3 | A | Interest | K | T | | | | | |
| 67  Checking Bank #1 | A | Interest | J | T | | | | | |
| 68  Savings Bank #1 | A | Interest | M | T | | | | | |

| 1 Inc/Gain Codes: (B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | / / |

## VII. Page 5  INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. ption of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  Checking Bank 2 | A | Interest | J | T | | | | | |
| 70  U S Coins | A | None | J | T | | | | | |
| 71  U.S. Bonds | A | Interest | J | T | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |